# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>           Plaintiff,<br><br>   v.<br><br>IBERRA,<br><br>           Defendants.<br>_____/ | CV F   03-5909  OWW SMS P<br><br>ORDER DENYING MOTION FOR CASE TO BE HEARD AS AN ADA CASE (Doc. 16.)<br><br>ORDER GRANTING PLAINTIFF TIME TO FILE AMENDED COMPLAINT IN COMPLIANCE WITH COURT ORDER ISSUED OCTOBER 4, 2006. |

    Louis Richard Fresquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans With Disabilities Act.

    On October 4, 2006, this Court issued an Order dismissing the Complaint with leave to amend as Plaintiff did not state a cognizable claim for relief under Section 1983 or the American's with Disabilities Act.  Plaintiff was granted thirty days to submit an Amended Complaint and moved for an extension of time to do so.  The request was granted but rather than an Amended Complaint, Plaintiff filed a Motion for the case to be heard as an Americans with Disabilities Act case on December 21, 2006.

    As noted in the Court's previous Order dismissing the Complaint, Plaintiff's Complaint alleged no facts giving rise to a cognizable claim for relief under the ADA.  Plaintiff may not simply submit a Motion that the case be heard as an ADA case, he must allege facts giving rise to an ADA claim for it to be heard under the ADA. Plaintiff's Motion simply "demands" that his case be characterized as an ADA case.  However, even if the Court characterized this as an "ADA case" as Plaintiff requests, he must still allege facts giving rise to an ADA claim.  Thus,

Plaintiff's Motion will be DENIED and Plaintiff will be allotted more time to file an Amended Complaint to cure the deficiencies outlined in the Court's Order dismissing the Complaint with leave to amend.

The Court HEREBY ORDERS:

1. "The Motion For Case To Be Heard as an Americans With Disabilities Act." is DENIED; and

2. Plaintiff is granted twenty (20) days to file an Amended Complaint as contemplated by the Court's Order dismissing with leave to amend.

Plaintiff is forewarned that his failure to comply with this order will result in a Recommendation that the action be dismissed, without prejudice, for failure to comply with a Court Order and failure to state a claim on which relief can be granted.

IT IS SO ORDERED.

**Dated:    January 5, 2007**             **/s/ Sandra M. Snyder**
icido3                                         UNITED STATES MAGISTRATE JUDGE