UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>IBERRA,<br><br>        Defendant.<br>_____/ | 1:03-cv-05909-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 19)<br><br>**ORDER DISMISSING COMPLAINT/ ACTION** |

    Louis Richard Fresquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 22, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  On March 16, 2007, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1   In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.  The Findings and Recommendations, filed February 22,
8 2007, are ADOPTED IN FULL; and,
9   2.  The Complaint, and therefore this action, is DISMISSED
10 pursuant to Local Rule 11-110, and for Plaintiff's failure to
11 obey the court's order of October 4, 2006.
12 IT IS SO ORDERED.
13 **Dated:   April 13, 2007**            **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE